UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK ERIC JARECKE : | |
| : | PRISONER CASE NO. |
| v. : | 3:07-cv-1281 (JCH) |
| : | |
| DR. RONALD HENSLEY, et al. : | DECEMBER 27, 2007 |

RULING AND ORDER

Plaintiff has filed a document entitled, "Amendment to Initial Complaint for case no. 3:07cv1281(JCH)." The court has docketed the document as a Motion for Leave to Amend. Plaintiff states that he intends to name each defendant in his or her individual and official capacities and describes his claim of deliberate indifference to mental health needs in more detail.

An amended complaint completely replaces the original complaint. See International Controls Corp. v. Vesco, 556 F.2d 665, 668 (2d Cir. 1977), cert. denied, 434 U.S. 1014 (1978). Therefore, it must include the names of all defendants in the case caption and include all claims and requests for relief. Plaintiff's document does not meet these requirements. Thus, the Motion for Leave to Amend [**Doc. No. 16**] is **DENIED** without prejudice.

Upon consideration of plaintiff's document and his complaint, the court concludes that amendment is not required at this time. The court ordered service on the defendants in their individual and official capacity. See Doc. No. 13, Initial Review Order at 2. In addition, Fed. R. Civ. P. 8(a) requires that the plaintiff include only a short, plain statement of his claim. Plaintiff's allegations that the defendants failed to provide adequate mental health treatment and ignored his suicide attempt and dramatic

weight loss satisfy this requirement.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 27th day of December, 2007.


       /s/ Janet C. Hall
Janet C. Hall
United States District Judge